Macfarlane & Chancey and James F. Glen, for Petitioner.

---

Beulah Rose Weaver, Plaintiff in Error, v. W. Fiske Johnson, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Polk County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Eppes Tucker, Sr., and Wilson & Boswell, for Plaintiff in Error;

Wilson & Swearingen, for Defendant in Error.